that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 30

The Grand Jury further charges that:

On or about March 29, 2000, in the District of Hawaii, defendants JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," and SAMMY BENNET used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

25

COUNT 31

The Grand Jury further charges that:

On or about March 29, 2000, in the District of Hawaii and elsewhere, Refugio Estrella Rodriguez, aka "Old Man," and defendant JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 32

The Grand Jury further charges that:

On or about March 29, 2000, in the District of Hawaii and elsewhere, defendants JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," and LUIS ARIAS, aka "Whiskey," aka "Lino," aka "Luis Manuel Arias-Astorga," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity

26

of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 33

The Grand Jury further charges that:

On or about March 29, 2000, in the District of Hawaii and elsewhere, Refugio Estrella Rodriguez, aka "Old Man," and defendant JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 34

The Grand Jury further charges that:

On or about March 30, 2000, in the District of Hawaii, Flaco LNU and defendant JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission

of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 35

The Grand Jury further charges that:

On or about March 30, 2000, in the District of Hawaii, defendants WARREN LNU and JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 36

The Grand Jury further charges that:

On or about March 30, 2000, in the District of Hawaii, defendants LUIS ARIAS, aka "Whiskey," aka "Lino," aka "Luis

28

Manuel Arias-Astorga," JORGE SALAZAR-GUILLEN, aka "Juan," aka

"Maceton," and Francisco Servin-Soto, aka "Pancho," used and

caused to be used a communications facility, that is, a

telephone, in causing or facilitating the commission of a

conspiracy to distribute and possess with intent to distribute a

quantity of heroin in excess of 100 grams, a Schedule I

controlled substance, and a quantity of cocaine, a Schedule II

controlled substance, a felony under Title 21, United States

Code, Section 846.

All in violation of Title 21, United States Code,

Section 843(b).

## COUNT 37

The Grand Jury further charges that:

On or about March 31, 2000, in the District of Hawaii

and elsewhere, defendant JORGE SALAZAR-GUILLEN, aka "Juan," aka

"Maceton," Francisco Servin-Soto, aka "Pancho," Jessica Guzman-

Soto, Pablo Romero, aka "Pablo Gilberto Romero-Flores," aka

"Sonny," and Melinda Lee Vanetten did knowingly and intentionally

aid and abet each other in the possession with intent to

distribute a quantity of heroin in excess of 100 grams, a

Schedule I controlled substance.  The defendants knowing and

intending that the quantity of heroin would be distributed in

Hawaii.

29

All in violation of Title 21, United States Code,
Section 841(a)(1) and Title 18, United States Code, Section 2.

<u>COUNT 38</u>

The Grand Jury further charges that:

On or about March 31, 2000, in the District of Hawaii,
Francisco Servin-Soto, aka "Pancho," and defendant BERT LNU used
and caused to be used a communications facility, that is, a
telephone, in causing or facilitating the commission of a
conspiracy to distribute and possess with intent to distribute a
quantity of heroin in excess of 100 grams, a Schedule I
controlled substance, and a quantity of cocaine, a Schedule II
controlled substance, a felony under Title 21, United States
Code, Section 846.

All in violation of Title 21, United States Code,
Section 843(b).

<u>COUNT 39</u>

The Grand Jury further charges that:

On or about March 31, 2000, in the District of Hawaii,
defendants LUIS ARIAS, aka "Whiskey," aka "Lino," aka "Luis
Manuel Arias-Astorga," JORGE SALAZAR-GUILLEN, aka "Juan," aka
"Maceton," and Francisco Servin-Soto, aka "Pancho," used and
caused to be used a communications facility, that is, a
telephone, in causing or facilitating the commission of a
conspiracy to distribute and possess with intent to distribute a

30

quantity of heroin in excess of 100 grams, a Schedule I
controlled substance, and a quantity of cocaine, a Schedule II
controlled substance, a felony under Title 21, United States
Code, Section 846.

All in violation of Title 21, United States Code,
Section 843(b).

COUNT 40

The Grand Jury further charges that:

On or about March 31, 2000, in the District of Hawaii,
defendants JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," and
SAMMY BENNET used and caused to be used a communications
facility, that is, a telephone, in causing or facilitating the
commission of a conspiracy to distribute and possess with intent
to distribute a quantity of heroin in excess of 100 grams, a
Schedule I controlled substance, and a quantity of cocaine, a
Schedule II controlled substance, a felony under Title 21, United
States Code, Section 846.

All in violation of Title 21, United States Code,
Section 843(b).

COUNT 41

The Grand Jury further charges that:

On or about March 31, 2000, in the District of Hawaii,
defendants ROBERT LNU and JORGE SALAZAR-GUILLEN, aka "Juan," aka
"Maceton," used and caused to be used a communications facility,

that is, a telephone, in causing or facilitating the commission
of a conspiracy to distribute and possess with intent to
distribute a quantity of heroin in excess of 100 grams, a
Schedule I controlled substance, and a quantity of cocaine, a
Schedule II controlled substance, a felony under Title 21, United
States Code, Section 846.

All in violation of Title 21, United States Code,
Section 843(b).

## COUNT 42

The Grand Jury further charges that:

On or about April 1, 2000, in the District of Hawaii,
defendants ROBERT LNU and JORGE SALAZAR-GUILLEN, aka "Juan," aka
"Maceton," used and caused to be used a communications facility,
that is, a telephone, in causing or facilitating the commission
of a conspiracy to distribute and possess with intent to
distribute a quantity of heroin in excess of 100 grams, a
Schedule I controlled substance, and a quantity of cocaine, a
Schedule II controlled substance, a felony under Title 21, United
States Code, Section 846.

All in violation of Title 21, United States Code,
Section 843(b).

COUNT 43

The Grand Jury further charges that:

On or about April 1, 2000, in the District of Hawaii, defendants ROBERT LNU and JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 44

The Grand Jury further charges that:

On or about April 1, 2000, in the District of Hawaii, defendants ROBERT LNU and JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

33

All in violation of Title 21, United States Code, Section 843(b).

### COUNT 45

The Grand Jury further charges that:

On or about April 1, 2000, in the District of Hawaii, Pablo Romero, aka "Pablo Gilberto Romero-Flores," aka "Sonny," and defendant JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

### COUNT 46

The Grand Jury further charges that:

On or about April 1, 2000, in the District of Hawaii, defendants WARREN LNU and JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a

34

Schedule I controlled substance, and a quantity of cocaine, a
Schedule II controlled substance, a felony under Title 21, United
States Code, Section 846.

All in violation of Title 21, United States Code,
Section 843(b).

<u>COUNT 47</u>

The Grand Jury further charges that:

On or about April 1, 2000, in the District of Hawaii,
defendants SAMMY BENNET and JORGE SALAZAR-GUILLEN, aka "Juan,"
aka "Maceton," used and caused to be used a communications
facility, that is, a telephone, in causing or facilitating the
commission of a conspiracy to distribute and possess with intent
to distribute a quantity of heroin in excess of 100 grams, a
Schedule I controlled substance, and a quantity of cocaine, a
Schedule II controlled substance, a felony under Title 21, United
States Code, Section 846.

All in violation of Title 21, United States Code,
Section 843(b).

<u>COUNT 48</u>

The Grand Jury further charges that:

On or about April 1, 2000, in the District of Hawaii,
Pablo Romero, aka "Pablo Gilberto Romero-Flores," aka "Sonny,"
and defendant JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton,"
used and caused to be used a communications facility, that is, a

telephone, in causing or facilitating the commission of a
conspiracy to distribute and possess with intent to distribute a
quantity of heroin in excess of 100 grams, a Schedule I
controlled substance, and a quantity of cocaine, a Schedule II
controlled substance, a felony under Title 21, United States
Code, Section 846.

All in violation of Title 21, United States Code,
Section 843(b).

<u>COUNT 49</u>

The Grand Jury further charges that:

On or about April 1, 2000, in the District of Hawaii,
Pablo Romero, aka "Pablo Gilberto Romero-Flores," aka "Sonny,"
and defendant JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton,"
used and caused to be used a communications facility, that is, a
telephone, in causing or facilitating the commission of a
conspiracy to distribute and possess with intent to distribute a
quantity of heroin in excess of 100 grams, a Schedule I
controlled substance, and a quantity of cocaine, a Schedule II
controlled substance, a felony under Title 21, United States
Code, Section 846.

All in violation of Title 21, United States Code,
Section 843(b).

COUNT 50

The Grand Jury further charges that:

On or about April 1, 2000, in the District of Hawaii, Francisco Servin-Soto, aka "Pancho," and defendant BERT LNU used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 51

The Grand Jury further charges that:

On or about April 2, 2000, in the District of Hawaii, defendants WARREN LNU and JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

37

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 52

The Grand Jury further charges that:

On or about April 2, 2000, in the District of Hawaii, Pablo Romero, aka "Pablo Gilberto Romero-Flores," aka "Sonny," and defendant JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 53

The Grand Jury further charges that:

On or about April 2, 2000, in the District of Hawaii, defendants LUIS ARIAS, aka "Whiskey," aka "Lino," aka "Luis Manuel Arias-Astorga," and JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to

38

distribute a quantity of heroin in excess of 100 grams, a
Schedule I controlled substance, and a quantity of cocaine, a
Schedule II controlled substance, a felony under Title 21, United
States Code, Section 846.

All in violation of Title 21, United States Code,
Section 843(b).

### COUNT 54

The Grand Jury further charges that:

On or about April 2, 2000, in the District of Hawaii,
defendants SAMMY BENNET and JORGE SALAZAR-GUILLEN, aka "Juan,"
aka "Maceton," used and caused to be used a communications
facility, that is, a telephone, in causing or facilitating the
commission of a conspiracy to distribute and possess with intent
to distribute a quantity of heroin in excess of 100 grams, a
Schedule I controlled substance, and a quantity of cocaine, a
Schedule II controlled substance, a felony under Title 21, United
States Code, Section 846.

All in violation of Title 21, United States Code,
Section 843(b).

### COUNT 55

The Grand Jury further charges that:

On or about April 2, 2000, in the District of Hawaii,
PABLO ROMERO, aka "Pablo Gilberto Romero-Flores," aka "Sonny,"
and defendant JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton,"

39

used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 56

The Grand Jury further charges that:

On or about April 2, 2000, in the District of Hawaii, defendants JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton,"  and ZASHA BOTELHO used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 57

The Grand Jury further charges that:

On or about April 2, 2000, in the District of Hawaii,
defendants WARREN LNU and JORGE SALAZAR-GUILLEN, aka "Juan," aka
"Maceton," used and caused to be used a communications facility,
that is, a telephone, in causing or facilitating the commission
of a conspiracy to distribute and possess with intent to
distribute a quantity of heroin in excess of 100 grams, a
Schedule I controlled substance, and a quantity of cocaine, a
Schedule II controlled substance, a felony under Title 21, United
States Code, Section 846.

All in violation of Title 21, United States Code,
Section 843(b).

COUNT 58

The Grand Jury further charges that:

On or about April 3, 2000, in the District of Hawaii,
Refugio Estrella Rodriguez, aka "Old Man," and defendant JORGE
SALAZAR-GUILLEN, aka "Juan," aka "Maceton," used and caused to be
used a communications facility, that is, a telephone, in causing
or facilitating the commission of a conspiracy to distribute and
possess with intent to distribute a quantity of heroin in excess
of 100 grams, a Schedule I controlled substance, and a quantity
of cocaine, a Schedule II controlled substance, a felony under
Title 21, United States Code, Section 846.

41

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 59

The Grand Jury further charges that:

On or about April 3, 2000, in the District of Hawaii, defendants CHRIS DAMPF and JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 60

The Grand Jury further charges that:

On or about April 3, 2000, in the District of Hawaii, Pablo Romero, aka "Pablo Gilberto Romero-Flores," aka "Sonny," and defendant JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I

42

controlled substance, and a quantity of cocaine, a Schedule II

controlled substance, a felony under Title 21, United States

Code, Section 846.

All in violation of Title 21, United States Code,

Section 843(b).

<u>COUNT 61</u>

The Grand Jury further charges that:

On or about April 3, 2000, in the District of Hawaii,

defendants ROBERT LNU and JORGE SALAZAR-GUILLEN, aka "Juan," aka

"Maceton," used and caused to be used a communications facility,

that is, a telephone, in causing or facilitating the commission

of a conspiracy to distribute and possess with intent to

distribute a quantity of heroin in excess of 100 grams, a

Schedule I controlled substance, and a quantity of cocaine, a

Schedule II controlled substance, a felony under Title 21, United

States Code, Section 846.

All in violation of Title 21, United States Code,

Section 843(b).

<u>COUNT 62</u>

The Grand Jury further charges that:

On or about April 3, 2000, in the District of Hawaii,

defendants LUIS ARIAS, aka "Whiskey," aka "Lino," aka "Luis

Manuel Arias-Astorga," JORGE SALAZAR-GUILLEN, aka "Juan," aka

"Maceton," and Francisco Servin-Soto, aka "Pancho," used and

43

caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 63

The Grand Jury further charges that:

On or about April 3, 2000, in the District of Hawaii, Refugio Estrella Rodriguez, aka "Old Man," and defendant JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 64

The Grand Jury further charges that:

On or about April 3, 2000, in the District of Hawaii, Francisco Servin-soto, aka "Pancho," and defendant JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 65

The Grand Jury further charges that:

On or about April 3, 2000, in the District of Hawaii, defendant JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

45

All in violation of Title 21, United States Code, Section 843(b).

COUNT 66

The Grand Jury further charges that:

On or about April 3, 2000, in the District of Hawaii, defendants HEBERT LNU and JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 67

The Grand Jury further charges that:

On or about April 3, 2000, in the District of Hawaii, defendants WARREN LNU and JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a

Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 68

The Grand Jury further charges that:

On or about April 3, 2000, in the District of Hawaii, defendants HEBERT LNU and JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 69

The Grand Jury further charges that:

On or about April 4, 2000, in the District of Hawaii, Pablo Romero, aka "Pablo Gilberto Romero-Flores," aka "Sonny," and defendant JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a

47

conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 70

The Grand Jury further charges that:

On or about April 5, 2000, in the District of Hawaii, defendants LUIS ARIAS, aka "Whiskey," aka "Lino," aka "Luis Manuel Arias-Astorga," and JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 71

The Grand Jury further charges that:

On or about April 6, 2000, in the District of Hawaii, defendants ROBERT LNU and JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 72

The Grand Jury further charges that:

On or about April 6, 2000, in the District of Hawaii, defendants LUIS ARIAS, aka "Whiskey," aka "Lino," aka "Luis Manuel Arias-Astorga," and JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a

Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

### COUNT 73

The Grand Jury further charges that:

On or about April 7, 2000, in the District of Hawaii, defendants LUIS ARIAS, aka "Whiskey," aka "Lino," aka "Luis Manuel Arias-Astorga," and JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

### COUNT 74

The Grand Jury further charges that:

On or about April 8, 2000, in the District of Hawaii, Refugio Estrella Rodriguez, aka "Old Man," and defendant JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," used and caused to be used a communications facility, that is, a telephone, in causing

or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 75

The Grand Jury further charges that:

On or about April 8, 2000, in the District of Hawaii, defendants SAMMY BENNET and JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 76

The Grand Jury further charges that:

On or about April 8, 2000, in the District of Hawaii, Pablo Romero, aka "Pablo Gilberto Romero-Flores," aka "Sonny,"

51

and defendant JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton,"
used and caused to be used a communications facility, that is, a
telephone, in causing or facilitating the commission of a
conspiracy to distribute and possess with intent to distribute a
quantity of heroin in excess of 100 grams, a Schedule I
controlled substance, and a quantity of cocaine, a Schedule II
controlled substance, a felony under Title 21, United States
Code, Section 846.

All in violation of Title 21, United States Code,
Section 843(b).

<u>COUNT 77</u>

The Grand Jury further charges that:

On or about April 8, 2000, in the District of Hawaii,
Refugio Estrella Rodriguez, aka "Old Man," and defendant JORGE
SALAZAR-GUILLEN, aka "Juan," aka "Maceton," did knowingly and
intentionally aid and abet each other in the possession with
intent to distribute a quantity of heroin, a Schedule I
controlled substance.

All in violation of Title 21, United States Code,
Section 841(a)(1) and Title 18, United States Code, Section 2.

<u>COUNT 78</u>

The Grand Jury further charges that:

On or about April 8, 2000, in the District of Hawaii,
defendant TROY WILLIAM FAUVER did knowingly and intentionally aid

52

and abet Virgil Edward Slot, not a defendant herein, in the possession with intent to distribute a quantity of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

<u>COUNT 79</u>

The Grand Jury further charges that:

On or about April 8, 2000, in the District of Hawaii, defendant TROY WILLIAM FAUVER did knowingly and intentionally possess with intent to distribute a quantity of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

<u>COUNT 80</u>

The Grand Jury further charges that:

On or about April 8, 2000, in the District of Hawaii, defendant JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," being an unlawful user of and addicted to a controlled substance, to wit, cocaine, did knowingly possess in and affecting commerce a firearm, that is, a Colt .38 special revolver, serial number 631010.

All in violation of Title 18, United States Code, Section 922(g)(3).

53

## COUNT 81

The Grand Jury further charges that:

On or about April 8, 2000, in the District of Hawaii, defendant JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," being an unlawful user of and addicted to a controlled substance, to wit, cocaine, did knowingly possess in and affecting commerce, a firearm, that is, a Harrington and Richardson .22 revolver, serial number AE94905.

All in violation of Title 21, United States Code, Section 844(a).

DATED: _May 3, 2000_, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

THOMAS MUEHLECK
Assistant U.S. Attorney

United States v. Jorge Salazar-Guillen, et al.
"Indictment"
Cr. No. _____

54