ORIGINAL

SEALED
BY ORDER OF THE COURT

**WARNING: THIS IS A SEALED DOCUMENT CONTAINING NON-PUBLIC INFORMATION**

STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

THOMAS MUEHLECK
LORETTA SHEEHAN
BEVERLY WEE SAMESHIMA
Assistant U.S. Attorneys
Room 6100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 2 5 2000

at _____ o'clock and ____ min. ____ M.
WALTER A. Y. H. CHINN, CLERK

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>JORGE SALAZAR-GUILLEN, (01)<br>  aka "Juan,"<br>  aka "Maceton,"<br>LUIS ARIAS, (02)<br>  aka "Whiskey,"<br>  aka "Lino,"<br>  aka "Luis Manuel Arias-Astorga,"<br>SAMMY BENNET, (04)<br>ROBERT LNU, (05)<br>TROY WILLIAM FAUVER, (07)<br>ROSI LNU, (09)<br>HEBERT LNU, (10)<br>CHRIS DAMPF, (11)<br>ALMA OLVERA, (13)<br>EMILIO OLVERA, (14)<br><br>                    Defendants. | CR. NO. 00-00187 HG<br><br>SECOND SUPERSEDING INDICTMENT<br><br>[21 U.S.C. §§ 846, 841(a)(1), 843(b), 848(a), 844(a), 853; 8 U.S.C. § 1326; 18 U.S.C. §§ 2, 1956(h), 922(g)(3)] |

ATTEST: A True Copy
WALTER A.Y.H. CHINN
Clerk, United States District
Court, District of Hawaii
By _____
                          Deputy

SECOND SUPERSEDING INDICTMENT

<u>COUNT 1</u>

The Grand Jury charges that:

On or about January 1998, to on or about April 8, 2000, in the District of Hawaii and elsewhere, JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," defendant herein, unlawfully, knowingly and intentionally did engage in a continuing criminal enterprise in that he did violate Title 21, United States Code, Section 841(a)(1), 843(b) and 846, which violations were part of a continuing series of violations of said statutes undertaken by said defendant in concert with at least five other persons, with respect to whom the defendant occupied a position of organizer, supervisor, and manager, and from which continuing series of violations that defendant obtained substantial income and resources.

All in violation of Title 21, United States Code, Section 848(a).

<u>COUNT 2</u>

The Grand Jury further charges that:

From on or about January 1998, to on or about April 8, 2000, in the District of Hawaii and elsewhere, defendants JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," LUIS ARIAS, aka "Whiskey," aka "Lino," aka "Luis Manuel Arias-Astorga," SAMMY BENNET, ROBERT LNU, TROY WILLIAM FAUVER, ROSI LNU, HEBERT LNU, and CHRIS DAMPF did conspire together with each other, and with Francisco Servin-Soto, aka "Pancho," Jessica Guzman-Soto, Refugio Estrella Rodriguez, aka "Old Man," Pablo Romero, aka "Pablo

2

Gilberto Romero-Flores," aka "Sonny," Melinda Lee Vanetten, Flaco LNU, Joann LNU, Sharon Rabbett, aka "Sherry," Ignacio Garcia-Martinez, Zasha Botelho, Warren LNU, Bert LNU, and Virgil Edward Slot and with other persons unknown to the Grand Jury, to commit offenses against the United States, that is, to knowingly and intentionally distribute and possess with intent to distribute a quantity of heroin, in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

<u>OVERT ACTS</u>

In furtherance of and in order to accomplish the objects of this conspiracy, the defendants and their co-conspirators performed overt acts in the District of Hawaii and elsewhere, including but not limited to the following:

1)    On or about November 27, 1999, in Pomona, California, Francisco Servin-Soto, aka "Pancho," and LUIS ARIAS, aka "Whiskey," aka "Lino," aka "Luis Manuel Arias-Astorga," spoke on the telephone about fixing shoes.

2)    On or about December 2, 1999, LUIS ARIAS, aka "Whiskey," aka "Lino," aka "Luis Manuel Arias-Astorga," met with Ignacio Garcia-Martinez in Pomona, California.

3)    On or about December 3, 1999, LUIS ARIAS, aka "Whiskey," aka "Lino," aka "Luis Manuel Arias-Astorga," drove

Ignacio Garcia-Martinez to the Los Angeles International Airport (LAX).

4) On or about December 3, 1999, Ignacio Garcia-Martinez flew from LAX to Kahului Airport on Maui, Hawaii carrying approximately nine ounces of cocaine, a Schedule II controlled substance concealed in his shoes.

5) On or about February 11, 2000, in the District of Hawaii, JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," LUIS ARIAS, aka "Whiskey," aka "Lino," aka "Luis Manuel Arias-Astorga," and Francisco Servin-Soto, aka "Pancho," flew from Maui to Lihue, Kauai onboard an Aloha Airlines flight.

6) On or about March 3, 2000, in the District of Hawaii, Zasha Botelho spoke on the telephone with JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton."

7) On or about March 4, 2000, in the District of Hawaii, Zasha Botelho spoke on the telephone with JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton."

8) On or about March 5, 2000, in the District of Hawaii, JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," spoke on the telephone with a person about some "candy."

9) On or about March 6, 2000, in the District of Hawaii, Pablo Romero, aka "Pablo Gilberto Romero-Flores," aka "Sonny," possessed five packets of black tar heroin.

10) On or about March 6, 2000, in the District of Hawaii, JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," spoke on the telephone with Zasha Botelho.

11)   On or about March 9, 2000, in the District of
Hawaii, JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," spoke
on the telephone with Zasha Botelho.

12)   On or about March 9, 2000, in the District of
Hawaii, JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," spoke
on the telephone with Sharon Rabbett, aka "Sherry," concerning
the sale of a quantity of drugs.

13)   On or about March 10, 2000, in the District
of Hawaii, JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton,"
spoke on the telephone with Zasha Botelho.

14)   On or about March 11, 2000, in the District
of Hawaii, JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton,"
spoke on the telephone with another person concerning the sale of
a quantity of drugs.

15)   On or about March 13, 2000, in the District
of Hawaii, JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," made
a long distance telephone call to contact Refugio Estrella
Rodriguez, aka "Old Man."

16)   On or about March 15, 2000, in the District
of Hawaii, JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton,"
spoke with Joann LNU concerning the sale of a quantity of drugs.

17)   On or about March 15, 2000, in the District
of Hawaii, JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton,"
spoke with Flaco LNU on the telephone about the sale of a
quantity of drugs.

18)  On or about March 15, 2000, in the District of Hawaii, JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," made a long distance telephone call to order a quantity of drugs from Refugio Estrella Rodriguez, aka "Old Man."

19)  On or about March 17, 2000, in the District of Hawaii, JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," spoke on the telephone with CHRIS DAMPF concerning the sale of a quantity of drugs.

20)  On or about March 18, 2000, in the District of Hawaii, JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," made a long distance telephone call to order a quantity of drugs from Refugio Estrella Rodriguez, aka "Old Man."

21)  On or about March 18, 2000, in the District of Hawaii, JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," made a long distance telephone call to LUIS ARIAS, aka "Whiskey," aka "Lino," aka "Luis Manuel Arias-Astorga," to arrange for the delivery of a quantity of drugs by Refugio Estrella Rodriguez, aka "Old Man."

22)  On or about March 20, 2000, in the District of Hawaii, JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," spoken on the telephone with Flaco LNU concerning the sale of a quantity of drugs.

23)  On or about March 20, 2000, in the District of Hawaii, Zasha Botelho made reservations for herself and for Francisco Servin-Soto, aka "Pancho," on a flight from Kahului, Maui to Los Angeles, California.

24)  On or about March 20, 2000, in the District of Hawaii, JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," called Flaco LNU about a sale of a quantity of drugs.

25)  On or about March 21, 2000, near Los Angeles, California, Francisco Servin-Soto, aka "Pancho," and Jessica Guzman-Soto transferred 345 grams of heroin to Zasha Botelho.

26)  On or about March 21, 2000, Zasha Botelho carried approximately 345 grams of heroin hidden under her clothing through Terminal 4 at LAX.

27)  On or about March 21, 2000, in the District of Hawaii, JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," made a long distance telephone call to Francisco Servin-Soto, aka "Pancho," in California and discussed the seizure of heroin from Zasha Botelho by the Drug Enforcement Administration (DEA).

28)  On or about March 21, 2000, in the District of Hawaii, JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," made a long distance telephone call to Zasha Botelho and discussed the seizure of heroin by the DEA.

29)  On or about March 25, 2000, in the District of Hawaii, JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," spoke on the telephone with Zasha Botelho.

30)  On or about March 28, 2000, in the District of Hawaii, Francisco Servin-Soto, aka "Pancho," spoke on the telephone with ROSI LNU and Bert LNU concerning a quantity of money.

31)   On or about March 29, 2000, in the District of Hawaii, JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," spoke on the telephone with SAMMY BENNET concerning the sale of a quantity of drugs.

32)   On or about March 29, 2000, in the District of Hawaii, Francisco Servin-Soto, aka "Pancho," made a long distance telephone call to Jessica Guzman-Soto and discussed the transportation of a quantity of drugs hidden in a pair of shoes worn by a female courier.

33)   On or about March 29, 2000, in the District of Hawaii, Refugio Estrella Rodriguez, aka "Old Man," spoke on the telephone with JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," concerning the payment of a quantity of money for a shipment of drugs.

34)   On or about March 30, 2000, in the District of Hawaii, Warren LNU spoke on the telephone with JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," concerning the sale of a quantity of drugs.

35)   On or about March 30, 2000, in the District of Hawaii, JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," LUIS ARIAS, aka "Whiskey," aka "Lino," aka "Luis Manuel Arias-Astorga," and Francisco Servin-Soto, aka "Pancho," talked on the telephone about the payment of a sum of money for a shipment of drugs.

36)   On or about March 31, 2000, in Ontario, California, Melinda Lee Vanetten carried approximately 100 grams

8

of heroin hidden under clothing and in her shoes through the Ontario Airport Terminal.

37)  On or about April 6, 2000, LUIS ARIAS, aka "Whiskey," aka "Lino," aka "Luis Manuel Arias-Astorga," spoke on the telephone with JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," about the transportation of a quantity of drugs.

38)  On or about April 6, 2000, in the District of Hawaii, JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," spoke on the telephone with another person concerning the seizure of two drug shipments and the loss of $25,000.

39)  On or about April 8, 2000, in the District of Hawaii, Refugio Estrella Rodriguez, aka "Old Man," transported a quantity of heroin from Mexico to Lahaina, Maui and delivered it to JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," in exchange for a large quantity of money orders.

All in violation of Title 21, United States Code, Section 846.

<u>COUNT 3</u>

The Grand Jury further charges that:

A.   In committing the offense alleged in Count 2 of this Indictment, defendant JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," shall forfeit any and all property constituting or derived from any proceeds JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," obtained, directly or indirectly, as a result of the offense, and any and all property used, or intended

to be used, in any manner or part, to commit, or to facilitate the commission of said offense, including but not limited to:

      1. All of that certain parcel of land described as Lots 364 Section 1, Summer Hills, an addition in Montgomery County, Texas, according to the map or plat thereof recorded in Cabinet D, Sheet 2-A ofthe Map Records of Montgomery County, Texas, and identified by street address as 18400 Wisp Willow Way, Porter, Texas 77365, and all improvements and appurtenances thereto.

    B.   Furthermore, any and all property used or intended to be used, in any manner or part to commit or to facilitate the commission of such violation;

    C.   Furthermore, any and all property located within the United States, and any property not specifically named herein which was used, or intended to be used, to commit or to facilitate the commission of said offense, and any property constituting or derived from any proceeds obtained directly or indirectly as a result of the offense.

    If any of the above-described forfeitable property, as a result of any act or omission of the defendant -

      (1)   cannot be located upon the exercise of due diligence;

      (2)   has been transferred or sold to, or deposited with, a third person;

      (3)   has been placed beyond the jurisdiction of the Court;

      (4)   has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty;

10

It is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

By virtue of the commission by said defendant of the said offense charged in the Second Superseding Indictment, said defendant shall forfeit any and all interest he has in the aforesaid properties pursuant to Title 21, United States Code, Section 853.

All in violation of Title 21, United States Code, Section 853.

## COUNT 4

The Grand Jury further charges that:

On or about December 3, 1999, in the District of Hawaii and elsewhere, defendants LUIS ARIAS, aka "Whiskey," aka "Lino," aka "Luis Manuel Arias-Astorga," JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," and Francisco Servin-Soto, aka "Pancho," did knowingly and intentionally possess with intent to distribute and aid and abet the possession with intent to distribute by Ignacio Garcia-Martinez approximately 250 grams of cocaine, a Schedule II controlled substance.  The defendants knowing and intending that the cocaine would be distributed in Hawaii.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

11

<u>COUNT 5</u>

The Grand Jury further charges that:

On or about February 11, 2000, in the District of Hawaii, LUIS ARIAS, aka "Whiskey," aka "Lino," aka "Luis Manuel Arias-Astorga," who had previously been denied admission, excluded, deported and removed and departed the United States with an order of exclusion, deportation, or removal was outstanding was found in the United States without the consent of the Attorney General of the United States for reapplication by the defendant for admission into the United States.

All in violation of Title 8, United States Code, Section 1326.

<u>COUNT 6</u>

The Grand Jury further charges that:

On or about March 1, 2000, in the District of Hawaii, defendant JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," and Francisco Servin-Soto, aka "Pancho," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine and heroin, both controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

12

COUNT 7

The Grand Jury further charges that:

On or about March 4, 2000, in the District of Hawaii, defendant JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," and Zasha Botelho used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 8

The Grand Jury further charges that:

On or about March 5, 2000, in the District of Hawaii, defendant JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

13

COUNT 9

The Grand Jury further charges that:

On or about March 6, 2000, in the District of Hawaii, defendant JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," and Zasha Botelho used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 10

The Grand Jury further charges that:

On or about March 9, 2000, in the District of Hawaii, defendant JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," and Zasha Botelho used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 11

The Grand Jury further charges that:

On or about March 9, 2000, in the District of Hawaii, defendant JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," and Sharon Rabbett, aka "Sherry," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 12

The Grand Jury further charges that:

On or about March 10, 2000, in the District of Hawaii, defendant JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," and Zasha Botelho used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

15

## COUNT 13

The Grand Jury further charges that:

On or about March 13, 2000, in the District of Hawaii, defendant JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 14

The Grand Jury further charges that:

On or about March 15, 2000, in the District of Hawaii, defendant JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," and Joann LNU used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

16

COUNT 15

The Grand Jury further charges that:

On or about March 15, 2000, in the District of Hawaii, defendant JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," and Flaco LNU used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 16

The Grand Jury further charges that:

On or about March 15, 2000, in the District of Hawaii, defendant JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

17

COUNT 17

The Grand Jury further charges that:

On or about March 17, 2000, in the District of Hawaii, defendants JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," and CHRIS DAMPF used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 18

The Grand Jury further charges that:

On or about March 18, 2000, in the District of Hawaii, defendant JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 19

The Grand Jury further charges that:

On or about March 18, 2000, in the District of Hawaii, defendants LUIS ARIAS, aka "Whiskey," aka "Lino," aka "Luis Manuel Arias-Astorga," and JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 20

The Grand Jury further charges that:

On or about March 20, 2000, in the District of Hawaii, defendant JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," and Flaco LNU used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

19

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 21

The Grand Jury further charges that:

On or about March 20, 2000, in the District of Hawaii, defendant JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," and Flaco LNU used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 22

The Grand Jury further charges that:

On or about March 20, 2000, in the District of Hawaii, defendants JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," and CHRIS DAMPF used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

20

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 23

The Grand Jury further charges that:

On or about March 21, 2000, in the District of Hawaii and elsewhere, defendant JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," Zasha Botelho, Francisco Servin-Soto, aka "Pancho," and Jessica Guzman-Soto did knowingly and intentionally aid and abet each other in the possession with intent to distribute a quantity of heroin in excess of 100 grams, that is, approximately 345 grams of heroin, a Schedule I controlled substance.  The defendants knowing and intending that the quantity of heroin would be distributed in Hawaii.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT 24

The Grand Jury further charges that:

On or about March 21, 2000, in the District of Hawaii and elsewhere, defendant JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," and Francisco Servin-Soto, aka "Pancho," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II

controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 25

The Grand Jury further charges that:

On or about March 21, 2000, in the District of Hawaii and elsewhere, defendant JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," and Zasha Botelho used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 26

The Grand Jury further charges that:

On or about March 25, 2000, in the District of Hawaii, defendant JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," and Zasha Botelho used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a

Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 27

The Grand Jury further charges that:

On or about March 26, 2000, in the District of Hawaii, defendant JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," and Zasha Botelho used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 28

The Grand Jury further charges that:

On or about March 28, 2000, in the District of Hawaii, defendant ROSI LNU, Bert LNU and Francisco Servin-Soto, aka "Pancho," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a

Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 29

The Grand Jury further charges that:

On or about March 29, 2000, in the District of Hawaii, defendants JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," and SAMMY BENNET used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 30

The Grand Jury further charges that:

On or about March 29, 2000, in the District of Hawaii and elsewhere, Refugio Estrella Rodriguez, aka "Old Man," and defendant JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I

24

controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 31

The Grand Jury further charges that:

On or about March 29, 2000, in the District of Hawaii and elsewhere, defendants JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," and LUIS ARIAS, aka "Whiskey," aka "Lino," aka "Luis Manuel Arias-Astorga," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 32

The Grand Jury further charges that:

On or about March 29, 2000, in the District of Hawaii and elsewhere, Refugio Estrella Rodriguez, aka "Old Man," and defendant JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a

conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 33

The Grand Jury further charges that:

On or about March 30, 2000, in the District of Hawaii, Flaco LNU and defendant JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 34

The Grand Jury further charges that:

On or about March 30, 2000, in the District of Hawaii, Warren LNU and defendant JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission

of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 35

The Grand Jury further charges that:

On or about March 30, 2000, in the District of Hawaii, defendants LUIS ARIAS, aka "Whiskey," aka "Lino," aka "Luis Manuel Arias-Astorga," JORGE SALAZAR-GUILLEN, aka "Juan," aka "Maceton," and Francisco Servin-Soto, aka "Pancho," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute and possess with intent to distribute a quantity of heroin in excess of 100 grams, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 36

The Grand Jury further charges that:

On or about March 31, 2000, in the District of Hawaii and elsewhere, defendant JORGE SALAZAR-GUILLEN, aka "Juan," aka